### 8677.   DAVIS v. PEAGLER.

LUKE, J.   1. Where property levied on is sold in accordance with the provisions of the Civil Code of 1910, § 6068 et seq., regulating the sale of personal property of a perishable nature, the sale divests all liens on the property sold, and the liens so divested attach to the money raised by the sale. *Welsh* v. *Lewis*, 71 *Ga.* 387; *Cincinnati Cordage &c. Co.* v. *Dodson Printers' Supply Co.*, 131 *Ga.* 516 (62 S. E. 810).

2. The court did not err in granting a first new trial.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

DECIDED FEBRUARY 27, 1918.

Claim; from Taylor superior court—Judge Munro.   November 25, 1916.

*C. W. Foy,* for plaintiff.

*Jere M. Moore, C. B. Marshall, W. E. Steed, Jule Felton,* contra.